**John M. Silk**, OSB no. 82392
silk@wscd.com
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
(206) 623-4100
Fax (206) 623-9273
Attorneys for Defendant K & O Contracting

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>K & O CONTRACTING, LLC, an Oregon limited liability company; and JOSE ACIGA APARTMENTS LIMITED PARTNERSHIP, an Oregon limited partnership,<br><br>Defendants. | Case No. 3:12-cv-01324 BR<br><br>**ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Based on the Stipulated Motion, defendant K & O Contracting, LLC shall file its Answer to the Complaint no later than October 25, 2012.

DATED this 25th day of September, 2012.

_____
United States District Judge