IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NAVIGATORS INSURANCE COMPANY**,

        Plaintiff,

        v.

**K & O CONTRACTING, LLC, an Oregon limited liability company; and JOSE ARCIGA APARTMENTS LIMITED PARTNERSHIP, an Oregon limited partnership**,

        Defendants.

No. 3:12-cv-01324-ST

OPINION AND ORDER

**MOSMAN, J.**,

On January 10, 2013, Magistrate Judge Stewart issued her Findings and Recommendation ("F&R") [32] in the above-captioned case recommending that the motion for voluntary dismissal [23] be denied and the case be dismissed for lack of subject matter jurisdiction. Plaintiff objected [38]. Defendant did not respond to plaintiff's objections.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R [32] as my own opinion.

IT IS SO ORDERED.

DATED this   21st   day of March, 2013.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER